**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DAVID MORALES, individually and on behalf of all others similarly situated,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No. 4:22-cv-03219** |
| | § | |
| **v.** | § | |
| | § | |
| **CIMARRON ENERGY INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff David Morales ("Plaintiff") and Defendant Cimarron Energy Inc. ("Defendant") file this Joint Stipulation of Dismissal with Prejudice and respectfully request that the Court: (1) dismiss this action and all claims asserted therein with prejudice, with each party bearing its own costs and attorneys' fees, and (2) close the case and remove it from the Court's active docket.

[*signatures on following page*]

Respectfully submitted,

*__/s/ Armando A. Ortiz__*
Armando A. Ortiz
New York State Bar No. 5372453
aortiz@fslawfirm.com
**Fitapelli & Schaffer LLP**
28 Liberty Street
30th Floor
New York, NY 10005
212-300-0375
Fax: 212-481-1333

**BRUCKNER BURCH PLLC**
Richard (Rex) Burch
11 Greenway Plaza
Ste 3025
Houston, TX 77046
713-877-8788
rburch@brucknerburch.com

***ATTORNEYS FOR PLAINTIFFS***

*__/s/Dana M. Hilzendager__*
Marcia N. Jackson (attorney-in charge)
State Bar No. 24008411
S.D. Tex. Bar No. 23984
*Marcia.jackson@wickphillips.com*
Rusty O'Kane
State Bar No. 24088149
S.D. Tex. Bar No. 2984663
*Rusty.okane@wickphillips.com*
Dana M. Hilzendager
State Bar No. 24106099
S.D. Tex. Bar No. 3408860
*Dana.hilzendager@wickphillips.com*

**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255

***ATTORNEYS FOR DEFENDANT***

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 20, 2023, the foregoing document was electronically submitted with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court and that all counsel and/or *pro se* parties of record have been served electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Armando A. Ortiz*
Armando A. Oritz